Sarah Gill, executrix, appellant, v. Archibald Kosier et al., appellees. Gen. No. 6,667.

Claim against decedent's estate for services rendered decedent. Judgment for claimant. Appeal from the Circuit Court of Stephenson county; the Hon. Oscar E. Heard, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed November 11, 1919.

A. J. Clarity and Burrell & James, for appellant. Robert P. Eckert, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Wayne Burnell, appellee, v. John Schroeder, appellant. Gen. No. 6,741.

Action to recover damages to surrey, harness and horse in collision with automobile. Judgment for plaintiff. Appeal from the Circuit Court of Marshall county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed December 17, 1919.

B. W. Wright, for appellant. Barnes, Magoon & Black, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Shelby Vaughn, plaintiff in error. Gen. No. 6,675.

Prosecution for assault with deadly weapon. Judgment of guilty. Error to the County Court of Henderson county; the Hon. James W. Gordon, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed December 17, 1919.

M. E. Nolan and H. A. Weld, for plaintiff in error. Albert F. Fawley and Scofield, Hartzel & Califf, for defendant in error.

Mr. Justice Dibell delivered the opinion of the court.

---

E. B. Doolittle et al., appellants, v. M. A. Kepple, appellee. Gen. No. 6,732.

Action to recover commission for sale of real estate. Judgment for defendant. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed December 17, 1919.

Cooke, Pope & Pope, for appellants; John D. Pope, of counsel. Martin C. Decker, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

---

Julia E. Laymon, appellee, v. Estate of Henry Francis, deceased, appellant. Gen. No. 6,758.

Claim against a decedent's estate for services rendered decedent. Judgment for claimant. Appeal from the Circuit Court of Livingston county; the Hon. G. W. Patton, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed December 17, 1919.

F. A. Ortman and B. R Thompson, for appellant. E. A. Simmons, for appellee.

Mr. Justice Dibell delivered the opinion of the court.